quired, to the lands, tenements, and hereditaments required for the opening and extending of Nicholas Avenue (although not yet named by proper authority) from Richmond Terrace to the pier head line in the Third ward, borough of Richmond, city of New York. No opinion. Motion granted, with costs, unless the appellant pay $10 costs and perfect the appeal within 20 days, in which event the motion is denied, without costs.

NICOLL, Respondent, v. DEITCHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Pauline Nicoll against Samuel Deitchman. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, for the error in excluding proof that the note in suit was paid by payment to creditors.

NICOUD, Respondent, v. NEW YORK LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Rose L. Nicoud against the New York Life Insurance Company.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, because the findings of fact are inconsistent and irreconcilable. See Israel v. Manhattan Ry. Co., 158 N. Y. 624, 53 N. E. 517; Nickell v. Tracy, 184 N. Y. 386, 77 N. E. 391; City of Buffalo v. Delaware, L. & W. R. Co., 190 N. Y. 84, 82 N. E. 513, 16 L. R. A. (N. S.) 506. In this case the trial court has found all the controlling facts both ways.

NINER v. McCORNICK et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by George Niner against Clarence K. McCornick and others. No opinion. Order affirmed, without costs.

NOLTE, Respondent, v. SEYMOUR, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Frederick F. Nolte against Jennie E. Seymour, as executrix, etc. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 127 App. Div. 178, 111 N. Y. Supp. 311.

NORTHERN COUNTIES INV. CO., Respondent, v. STREET et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by the Northern Counties Investment Company against Charles F. Street and others. G. N. Hamlin, for appellants. E. H. Sykes, for respondent. No opinion. Order modified, by striking out provision with respect to the production of the letters, and, as modified, affirmed, with $10 costs and disbursements to respondent. Order filed.

OBERTUBESSING et al., Appellants, v. L. SCHEPP CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Herman Obertubessing and another against the L. Schepp Company and others. J. S. Wise, for appellants. C. E. Rushmore, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'CONNOR, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Andrew O'Connor against the New York Central & Hudson River Railroad Company. No opinion. Order unanimously affirmed, with costs.

O'DONNELL, Respondent, v. NEW YORK DOCK CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Thomas O'Donnell, by Michael W. O'Donnell, his guardian ad litem, against the New York Dock Company. No opinion. Judgment and order unanimously affirmed, with costs.

O'GRADY, Appellant, v. POLK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) In the matter of the application of William L. D. O'Grady for a peremptory writ of mandamus against Frank L. Polk and others. No opinion. Motion to resettle order granted, without costs. See, also, 132 App. Div. 47, 116 N. Y. Supp. 290.

ONDERDONK, Respondent, v. NEW JERSEY & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Spencer Onderdonk against the New Jersey & New York Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re O'REILLY (two cases). (Supreme Court, Appellate Division, Second Department. October 8, 1909.) In the matter of the application to revoke the letters testamentary issued to Frank E. O'Reilly, as executor, and to remove him as testamentary trustee under the last will and testament of Arthur J. Heaney, deceased.

PER CURIAM. Motion granted, with costs, unless the appeal is perfected and case placed at the foot of the present calendar, in which event the motion is denied, without costs. See, also, 59 Misc. Rep. 136, 112 N. Y. Supp. 208.

OSLEY, Respondent, v. RANDALL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Elizabeth Osley against Frank Randall. No opinion. Judgment affirmed, with costs.

OSTERHELD, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Dudley Oliver Osterheld against the